UNITED STATES DISTRICT COURT for the<br>
MIDDLE DISTRICT OF FLORIDA<br>
FORT MYERS DIVISION

HOMERO MUÑOZ, JR., YESENIA
GONZALEZ, individually and as next
friend to N.M., a minor, and A.M., a minor,

        CASE NO.: 2:17-cv-00478-SPC-CM

    Plaintiffs,

vs.

FRANKIE SANCHEZ,

    Defendant.
_____/

<b><u>NOTICE OF APPEARANCE</u></b>

    The Law Offices of GLEN R. GOLDSMITH, P.A., and attorney Glen R. Goldsmith, Esq., hereby gives notice of their appearance as additional counsel for Defendant FRANKIE SANCHEZ. The designated contact information is as follows:

    Glen R. Goldsmith, Esq.
    Florida Bar No.: 371874
    GLEN R. GOLDSMITH, P.A.
    9500 S. Dadeland Blvd., Suite 601
    Miami, Florida 33156
    Office: (305) 670-5500
    Fax: (305) 670-5596
    Primary email: ggoldsmith@goldsmithpa.com
    Secondary email: lchacon@goldsmithpa.com

    WE HEREBY CERTIFY that a true and correct copy of the above and foregoing was filed electronically through the CM/ECF E-Filing Portal System, as well as e-served via email, and mailed via US regular mail on this 8th day of December, 2017 to John C. Revis, Esq., 648 S. Ridgewood Avenue, Daytona Beach, Florida 32114.

                                          GLEN R. GOLDSMITH, P.A.
                                          9500 S. Dadeland Blvd., Suite 601
                                          Miami, Florida 33156
                                          Office: (305) 670-5500
                                          Fax: (305) 670-5596

                                          By: _____
                                          Glen R. Goldsmith, Esq.