UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HOMERO MUNOZ, JR. and YESENIA
GONZALEZ,

    Plaintiffs,

v.                                                 Case No: 2:17-cv-478-FtM-38CM

FRANKIE SANCHEZ,

    Defendant.
_____/

## ORDER[1]

Before the Court is the parties' Joint Notice of Settlement. (Doc. 39). Plaintiffs Homero Munoz, Jr. and Yesenia Gonzalez, individually as next friend to N.M., a Minor, and A.M., a Minor, and Defendant Frankie Sanchez d/b/a/ Frankie Sanchez Trucking, Inc. have settled this case and are exchanging settlement documents that will include structured settlement plans for the minor children.

Federal Rule of Civil Procedure 17(c)(1) says a general guardian may sue on behalf of a minor. Florida law defines a natural guardian as a mother and father jointly, or a mother of a child born out of wedlock. Fla. Stat. § 744.301(1). A natural guardian may, "without the appointment, authority or bond if the amounts received in the aggregate do not exceed $15,000, . . . [s]ettle and consummate a settlement of any claim or cause of action accruing to any of their minor children for damages to the person or property of

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

any minor children." Fla. Stat. § 744.301(2)(a). Here, Yesenia Gonzalez is the natural mother of N.M. and A.M. and is representing their interests in this suit. (Doc. 6 at ¶ 1). The Court, however, does not know the parties' settlement amount to decide if a guardian *ad litem* needs to be appointed in this case.

Accordingly, it is now

**ORDERED:**

The parties must jointly advise the Court, in writing, on or before **September 14, 2018**, if the settlement amount exceeds $15,000, to require a guardian *ad litem*.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of September 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record